March. 5, 1982.

443 A.2d 368

Auth v. Auth, Appellant.

Submitted June 13, 1980. Frank J. Marcone, for appellant; Patrick C. O'Donnell, for appellee.

Before PRICE, WICKERSHAM and LIPEZ, JJ.

Order of the lower court affirmed.